

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-12-00238-CR

Kimberly Clark **SAENZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 217th District Court, Angelina County, Texas
Trial Court No. CR28665
The Honorable Barry R. Bryan, Judge Presiding

# O R D E R

Sitting:      Catherine M. Stone, Chief Justice, retired (not participating)
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

The panel has considered the motion for rehearing, and the motion is DENIED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

Keith E. Hottle
Clerk of Court